JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARIM CHRISTIAN KAMAL, | Case No. CV 15-1585 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion for Reconsideration, filed contemporaneously with the filing of this Judgment, and the Court's Order of September 26, 2017, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 4th day of January, 2018.

/s/
Fernando M. Olguin
United States District Judge